LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
ARMSTRONG TEASDALE LLP
50 W. Liberty St., Ste. 950
Reno, NV 89501
Telephone:  775.322.7400
Facsimile:  775.322.9049
Email:  lbubala@armstrongteasdale.com

Attorneys for City of Tulsa, Oklahoma

> ELECTRONICALLY FILED ON
> May 21, 2013

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CARL J. MORONY,<br><br>      Debtor. | Case No.:  BK-N-13-50230-BTB<br>[Previous Case No. Before Reassigned<br>BK-S-13-10310-BAM]<br><br>Chapter:    11<br><br>**STATUS REPORT FOR STATUS<br>CONFERENCE, WITH CERTIFICATE<br>OF SERVICE**<br><br>**Hearing Date:  5/23/13<br>Hearing Time:  10:00 a.m.<br>Location: United States Bankruptcy<br>Court, Courtroom No. 1, 300 Booth<br>Street, Reno, Nevada** |

1.   The Court previously terminated the automatic stay to permit the City of Tulsa to exercise its rights against the Tulsa Club Building in Tulsa, Oklahoma.  Orders were entered in both the cases of the building owner, *In re Shamrock Asset Holdings, LLC*, Case No. BK-N-12-52008-BTB (Bankr. D. Nev.), and this case involving the equity holder of Shamrock Asset Holdings, LLC.

2.  In both cases, the Court also granted dismissal of the cases but delayed entry of the order until completion of the sale.

3.  The Tulsa County Sheriff conducted a sale of the Tulsa Club Building on April 16, 2013, and sold the building.

4.  The Tulsa County District Court entered its order confirming the sheriff's sale on May 14, 2013.

5.  The Tulsa County Sheriff must execute the deed to transfer the property to the purchaser. The deed has been delivered to the sheriff's office. However, it will not be executed until at least May 30, 2013, as the actual sheriff is the only person authorized to sign it and he is on vacation until that date.

6.  The City of Tulsa requests

   a.  The Bankruptcy Court continue to defer entry of the orders of dismissal in both cases until the sheriff executes the deed.

   b.  The Bankruptcy Court schedule another status conference after May 30, 2013.

   c.  Upon the sheriff's execution of the deed, the City of Tulsa will file a notice with the Bankruptcy Court and confer with the Office of the U.S. Trustee to submit the orders of dismissal, including vacation of the continued status conference and any other hearings.

Dated this 21st day of May, 2013          ARMSTRONG TEASDALE LLP

By: /s/Louis M. Bubala III
LOUIS M. BUBALA III, ESQ.

Attorneys for City of Tulsa

**CERTIFICATE OF SERVICE**

On May 21, 2013, I served the following document(s):

**STATUS REPORT FOR STATUS CONFERENCE, WITH CERTIFICATE OF SERVICE**

2.    I served the above-named document(s) by the following means to the persons as listed below:

■ a.    **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

LOUIS M. BUBALA on behalf of Creditor CITY OF TULSA, OKLAHOMA
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

TIMOTHY P. THOMAS on behalf of Debtor CARL MORONY
TTHOMAS@TTHOMASLAW.COM, veralynn@tthomaslaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

U.S. TRUSTEE - RN - 11
USTPRegion17.RE.ECF@usdoj.gov

b.    **United States mail, postage fully prepaid** (list persons and addresses):

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 21st day of May, 2013.

Barbara Salinas_____          /s/ Barbara Salinas_____.
        Name                                                            Signature